STATE OF NEW JERSEY v. JOSE LOPEZ.

Oct. 24, 1979.   Petition for certification is dismissed as having been improvidently granted.   (See 81 *N.J.* 41)

EDWARD H. BROWN v. NEW JERSEY DIVISION ON
CIVIL RIGHTS.

Oct. 30, 1979.   ORDERED that the petition for certification is granted;  the judgment is summarily reversed and the matter is remanded to the Appellate Division for a hearing on the merits.

Jurisdiction is not retained.

MARILEE PAYTON TALMAN v. BOARD OF TRUSTEES OF
BURLINGTON COUNTY COLLEGE.

Oct. 30, 1979.   Petition for certification denied.   (See 169 *N.J.Super.* 535)

IN THE MATTER OF JOSEPH THOMAS PFISTERER, ALLEGED
MENTAL INCOMPETENT.

Oct. 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE MATTHEWS.

Oct. 30, 1979.   Petition for certification denied.